AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Florida

13-8024-WM

RECEIVED USMS GAINESVILLE, FL
2012 AUG -9 P 2:

| United States of America | ) |
|---|---|
| v. | ) |
| Thomas Joseph Sheppard | ) Case No. 1:97cr6 MMP |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

FILED by ____ D.C.
JAN 14 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Thomas Joseph Sheppard                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☑ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Violation of Supervised Release.


Date:  08/09/2012

Gary R. Jones
*Issuing officer's signature*

City and state:   Gainesville, FL

Gary R. Jones, U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

NDFL PROB 12C
12/04

# United States District Court
## for the
## Northern District of Florida
### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | Thomas Joseph Sheppard | Case Number: 1:97CR6-001 |

Name of Sentencing Judicial Officer: The Honorable Maurice M. Paul
Senior U. S. District Judge

Date of Original Sentence: June 13, 1997

Original Offense: Counts 1 and 2, Bank Robbery, in violation of 18 U.S.C. § 2113(a)

Original Sentence: 188 months imprisonment, followed by 3 years supervised release.

Type of Supervision: Supervised Release    Date Supervision Commenced: December 9, 2011

Asst. U.S. Attorney: R. Jerome Sanford    Defense Attorney: Thomas E. Miller

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about August 2, 2012, in Broward County, Florida, the supervised releasee was arrested by the Federal Bureau of Investigation and charged with Bank Robbery, in violation of 18 U.S.C. 2113(a) |
| 2 | **Violation of Standard Condition**, by leaving the judicial district without first securing permission of the probation officer. On or about August 2, 2012, the supervised releasee traveled to Broward County, Florida, without securing the permission of the probation officer or the court, as evidenced by his arrest by the Federal Bureau of Investigation for Bank Robbery. |

RE: Thomas Joseph Sheppard, Dkt #1:97CR6-001
Petition for Warrant or Summons for Offender Under Supervision
Page #2

U.S. Probation Officer Recommendation:

The term of supervision should be:

[ X ] Revoked
[   ] Extended

[   ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 8, 2012

Dennis J. Thomson
U.S. Probation Officer

THE COURT ORDERS

[   ] No Action
[X] The Issuance of a Warrant
[   ] The Issuance of a Summons
[   ] Other

Signature of Judicial Officer

Date Aug. 9, 2012

Warrant/Summons Issued: 8/9/12
Date    Deputy Clerk

CERTIFIED
By: Deputy Clerk